BOYCE v. CONTINENTAL WIRE CO. et al. WOLFE et al. v. BOYCE et al. SAME v. BOYCE. (Circuit Court of Appeals, Seventh Circuit. October 6, 1903.) No. 969. Appeal from the Circuit Court of the United States.

for the Southern District of Illinois. P. B. Warren, for appellant. James P. Dawson, for appellee. Before JENKINS, GROSSCUP, and BAKER, Circuit Judges.

BAKER, Circuit Judge. Appellants are seeking to reverse that part of the final decree of distribution, mentioned in American Steel & Wire Company v. Ware et al. (herewith decided) 125 Fed. 740, which allowed certain compensation to the receiver and his solicitor. As we have determined in the case above cited that appellants had no interest in the funds in the receiver's hands, this appeal is dismissed.